IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Todd Brunner and Sharon Brunner,         Case No. 11-29064-JES-11

    Debtors.

## NOTICE OF APPEAL

Howard, Solochek & Weber, S.C. ("HSW"), counsel for The Official Committee of Unsecured Creditors (the "Committee") appeals under 28 U.S.C. § 158(a) from the Order Regarding Motion of the United States Trustee to Dismiss Case for Cause Under 11 U.S.C. §1112(b)(4) With Prejudice Under 11 U.S.C. §349 and Order on Motion for the Creditor Committee to Appoint a Chapter 11 Trustee and Order on First Interim Application for Compensation of Howard Solochek & Weber, S.C. ("The Order"). HSW filed a Motion for Reconsideration of The Order that was denied in the Order Denying Motion of Howard, Solochek & Weber, S.C., Counsel for the Official Committee of Unsecured Creditors, for Reconsideration entered in this case on the 25th day of April, 2012,

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **Todd A Brunner**<br>**Sharon Y Brunner**<br>c/o Jonathan V. Goodman<br>Law Offices of Jonathan V. Goodman<br>Suite 707<br>788 North Jefferson Street<br>Milwaukee, WI 53202-3739<br>414-276-6760<br>Fax : 414-287-1199<br>Email: jgoodman@ameritech.net<br>Attorney for the Debtors | **Layton State Bank**<br>c/o Daniel J. Habeck<br>Cramer, Multhauf & Hammes, LLP<br>1601 E. Racine Avenue, Suite 200<br>P.O. Box 558<br>Waukesha, WI 53187-0558<br>Phone: (262) 542-4278<br>Fax: (262) 542-4270<br>djh@cmhlaw.com |

**United States Trustee**
C/o Debra Schneider
517 East Wisconsin Avenue
Room 430
Milwaukee, WI 53202
414-297-4499
debra.schneider@usdoj.gov


Dated:  May 9, 2012         BY:        /s/ Albert Solochek
                                 HOWARD, SOLOCHEK & WEBER, S.C.

                                 Albert Solochek, Esquire
                                 324 E. Wisconsin Avenue, Suite 1100
                                 Milwaukee, WI 53202
                                 (414) 272-0760 – Telephone
                                 (414) 272-7265 – Facsimile
                                 alsolochek@hswmke.com

                                 Counsel for the Committee of Unsecured Creditors