# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
*www.wied.uscourts.gov*

June 15, 2012

**Albert Solochek**
Howard Solochek & Weber
324 E Wisconsin Ave - Ste 1100
Milwaukee, WI 53202-4309

**Jonathan V Goodman**
Law Offices of Jonathan V Goodman
135 W Wells St - Ste 340
Milwaukee, WI 53203-1807

Re:    **Howard Solochek & Weber SC v. Brunner et al**
        **Case No. 12-C-614**

Dear Counsel:

The Notice of Appeal in the above captioned matter was filed in this Court on 6/14/2012 and has been assigned to the Honorable J.P. Stadtmueller.

The time limits set forth in Bankruptcy Rule 8009 will apply beginning with the date of this letter.  You will receive no further notice from this office regarding the time limits for the filing of briefs.

Very truly yours,
JON W. SANFILIPPO
Clerk of Court

S/ Mandy Chasteen
Mandy Chasteen
Deputy Clerk